## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| COLLIN LARDY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NORTHCON, INC.; and NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendants. | CV 25-130-BLG-WWM <br><br><br> ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

Upon consideration of the parties' Stipulation for Dismissal with Prejudice (Doc. 16), and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order and close the case file.

DATED this 13th day of March, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE